| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990) |
| | United States Attorney |
| 2 | |
| | Attorney for Plaintiff  E-FILING |
| 3 | |

FILED

2007 JUL 31  P 3:30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07 00499 RMW HRL |
| Plaintiff, | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 2252(a)(4)(B) - Possession of |
| v. | ) | Matters Containing Any Visual Depiction of |
| | ) | a Minor Engaging in Sexually Explicit |
| GORDON JENSEN, | ) | Conduct; 18 U.S.C. §§ 2253(a)(1) & (a)(3)- |
| | ) | Criminal Forfeiture |
| Defendant. | ) | |
| | ) | SAN JOSE VENUE |
| | ) | |

# INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct)

On or about June 16, 2006, in the Northern District of California, the defendant

GORDON JENSEN

did knowingly and intentionally possess certain matter, to wit, images, which visual depictions had been mailed and transported in interstate or foreign commerce by any means, including by computer, the producing of which visual images involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

INFORMATION

1  | FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)
2  |     1.  The allegations contained in Count One of this Indictment are hereby realleged and by
3  | this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18,
4  | United States Code, Section 2253.
5  |     2.  Upon conviction of the offense alleged in Count One above, the defendant
6  |                             GORDON JENSEN
7  | shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
8  | and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all
9  | property, real or personal, used or intended to be used to commit or promote the commission of
10 | the offenses of conviction, including the following computers seized from the defendant's
11 | residence: HP Pavillion computer, serial no. MXK4070V30; eMachine computer, serial no.
12 | QFT01L0003889; and Fry's Computer, serial no. 8140FMX54400393.
13 |
14 | Dated: 7/31/07
15 |                                      SCOTT N. SCHOOLS
                                          United States Attorney
16 |
17 |                                      DAVID R. CALLAWAY
                                          Deputy Chief, San Jose Office
18 |
19 |
20 | (Approved as to form: _____)
                             AUSA SUSAN KNIGHT
21 |

INFORMATION                     2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 JUL 31 P 3:30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; FORFEITURE ALLEGATION, 18 U.S.C. § 2253(a)(1) & (a)(3)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-FILING

**PENALTY:**
10 years Imprisonment
3 year supervised release
$250,000 Fine
$100 special assessment

## DEFENDANT - U.S.

Gordon Jensen

**DISTRICT COURT NUMBER**
CR 07 00499

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
FBI Special Agent Lisa Miller

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
SUSAN KNIGHT

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

**DATE OF ARREST**    Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY**    Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: