FILED
KRO
SEP - 7 2007


PROPOSED ORDER/COVER SHEET

TO: Honorable Howard Lloyd                    RE:    Gordon Jensen
    U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief           DOCKET NO.:    CR07-00499RMW
        U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                              (408) 535-5223
U.S. Pretrial Services Officer                TELEPHONE NUMBER

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. **The defendant shall not consume alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription;**

B. **The defendant shall submit to chemical testing for the detection of drugs or alcohol at the direction of Pretrial Services;**

C. **The defendant shall not change residence without the prior approval of Pretrial Services; and**

D. **The defendant shall remain in the third party custody of Danielle Colette who agrees to supervise him and report any violations to Pretrial Services**

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

Other Instructions: _____

_____            9/7/07
JUDICIAL OFFICER                          DATE