**FILED**
KRO
SEP -7 2007

PROPOSED ORDER/COVER SHEET

TO: Honorable Howard Lloyd  RE: Gordon Jensen
    U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief   DOCKET NO.: CR07-00499RMW
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                         (408) 535-5223
U.S. Pretrial Services Officer           TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall not consume alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription;

B. The defendant shall submit to chemical testing for the detection of drugs or alcohol at the direction of Pretrial Services;

C. The defendant shall not change residence without the prior approval of Pretrial Services; and

D. The defendant shall remain in the third party custody of Danielle Colette who agrees to supervise him and report any violations to Pretrial Services

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions: _____

_____          9/7/07
JUDICIAL OFFICER                    DATE