***E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** September 13, 2007     **TIME:** 3:00 pm

**CRIMINAL NO.:** CR-07-00499-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- GORDON JENSEN
         **APPEARANCES:**                                                         (P)

**PLTF:** AUSA: J. Fazioli      **DEFT:** S. Naratil

**COURT ACTION:** STATUS HEARING

Hearing Held. The government needs to provide the defense with additional discovery. Defense may seek to view some of the images. The Court continued this matter to 10/29/07 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 10/29/07. Government to prepare exclusion order.

         /s/ Jackie Garcia
            **JACKIE GARCIA**
         **Courtroom Deputy**