**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** October 29 2007     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00499-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- GORDON JENSEN
   APPEARANCES:                              (P)

**PLTF:** AUSA: J. Fazioli     **DEFT:** S. Naratil

**COURT ACTION: STATUS HEARING**

**Hearing Held. The government has provided discovery to the defense. The defense has not had the opportunity to review the images. The Court continued this matter to 11/19/07 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 11/19/07. Government to prepare exclusion order.**


                                          */s/ Jackie Garcia*
                                             **JACKIE GARCIA**
                                          **Courtroom Deputy**