***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** December 17, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00499-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- GORDON JENSEN (P)
      **APPEARANCES:**

**PLTF:** AUSA: J. Nedrow for J. Fazioli     **DEFT:** S. Naratil

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel advised the Court that they need additional time to investigate the case and workout a resolution. The Court continued this matter to January 7, 2008 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 1/7/08. Government to prepare exclusion order.**

                    */s/ Jackie Garcia*
                       **JACKIE GARCIA**
                    **Courtroom Deputy**