***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                **REPORTER:** Lee-Anne Shortridge

**DATE:** January 7, 2008                **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00499-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- GORDON JENSEN
          APPEARANCES:                              (P)

**PLTF:** AUSA: J. Fazioli              **DEFT:** R. Weese

**COURT ACTION:** STATUS HEARING

**Hearing Held. The parties advised the Court that they are close to a disposition, and the parties need additional time. The Court continued this matter to 1/28/08 @ 9:00 am for Possible Disposition. The Court excluded time based on effective preparation. Time is excluded to 1/28/08. Government to prepare exclusion order.**

*/s/ Jackie Garcia*
**JACKIE GARCIA**
**Courtroom Deputy**