```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  JOSEPH A. FAZIOLI (ILSBN 6273413)
    Assistant United States Attorney
 5
       150 Almaden Boulevard, Suite 900
 6     San Jose, California 95113
       Telephone: (408) 535-5061
 7     Facsimile: (408) 535-5081
       E-Mail:  joseph.fazioli@usdoj.gov
 8
    Attorneys for the United States
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00499 RMW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| GORDON JENSEN, | ) | |
| Defendant. | ) | |

   Please take notice that the Assistant United States Attorney whose name, address, telephone number and email address are listed below is now assigned to be counsel for the government.

Assistant U.S. Attorney Joseph Fazioli
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
joseph.fazioli@usdoj.gov

DATED: January 15, 2008            Respectfully submitted,

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                   _____/S/_____
                                   JOSEPH A. FAZIOLI
                                   Assistant United States Attorney