***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** January 28, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00499-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- GORDON JENSEN
    APPEARANCES:    (P)

**PLTF:** AUSA: J. Fazioli    **DEFT:** (S.A.) A. Passaretti

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel of record is in trial and unavailable. The Court continued this matter to 2/4/08 @ 9:00 am for Possible Disposition. The Court excluded time based on continuity of counsel. Time is excluded to 2/4/08. Government to prepare exclusion order.**

    */s/ Jackie Garcia*
    **JACKIE GARCIA**
    **Courtroom Deputy**