<u>*E-FILED*</u>

# <u>CRIMINAL MINUTE ORDER</u>

**JUDGE:** <u>Ronald M. Whyte</u>    **REPORTER:** <u>Lee-Anne Shortridge</u>

**DATE:** <u>February 6, 2008</u>    **TIME:** <u>3:30 pm</u>

**CRIMINAL NO.:** <u>CR-07-00499-RMW</u>

**TITLE:** <u>UNITED STATES OF AMERICA</u>    -v- <u>GORDON JENSEN</u>
   **APPEARANCES:**                                               (P)

**PLTF:** <u>AUSA: J. Fazioli</u>    **DEFT:** <u>S. Naratil</u>

**COURT ACTION:** <u>DISPOSITION</u>

**Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. The Court set a sentencing date of 5/19/08 @ 9:00 am. The government moved for remand of the defendant. The Court heard oral argument from counsel. The Court orders the defendant to remain out of custody. Defendant shall remain on the same conditions of release pending sentencing.**

*/s/ Jackie Garcia*
   <u>**JACKIE GARCIA**</u>
**Courtroom Deputy**