1  STEPHEN P. NARATIL
   California Bar No. 174825
2  SUMMIT DEFENSE
   601 First Street, Suite 250B
3  Benicia, CA  94510
   Telephone (707) 747-6666
4  Facsimile (707) 747-6610

5  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-07-00499 RMW |
| Plaintiff, | **SENTENCING MEMORANDUM** |
| vs. | |
| GORDON JENSEN, | Date:  May 19, 2008 |
| | Time:  9:00 a.m. |
| Defendant | Judge Whyte |

**I.**

Mr. Jensen plead guilty to one count of 18 U.S.C. §2252(a)(4)(B), Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct. The pre-sentence investigation report calculates Mr. Jensen's offense level to be 25 and a criminal history of a category I, which would give a sentencing range of imprisonment of 57 to 71 months. The defendant does not dispute the accuracy of that calculation.

Mr. Jensen does respectfully request the Court to sentence him to 57 months or less. Mr. Jensen became involved with child pornography in 1997 or 1998 by merely viewing pictures. He became "addicted" to possessing these pictures about one month prior to a search warrant execution at his home in June of 2006, which resulted in this case being filed. 136 images of child pornography were found on his computer. How Mr. Jensen came to possess this child pornography is a sordid story of drug and sexual addictions. The drug addictions, beginning with alcohol, then cocaine, and finally

SENTENCING MEMORANDUM- 1

U.S. v. JENSEN; CR 07-00499 RMW

methamphetamine, were fueled not only by Mr. Jensen's addictive personality, but also due to his childhood. An older male cousin sexually molested Mr. Jensen as a boy for years. This kind of oversexualization at such a young age is usually always followed by similar conduct by the abusee once they get old enough. According to Mr. Jensen's sister, that is exactly what happened here. She reported to the Probation Department that Mr. Jensen had abused her when he was an early teen; she is 3 years younger than Mr. Jensen. Despite this, over the years, the two siblings have a good relationship and talk frequently.

Other side effects from early childhood sexual victimization are drug and alcohol dependence. Mr. Jensen began drinking alcohol heavily when he was still a teenager. The heavy drinking and dependence on altering his mood, led him to cocaine and crack, which eventually led to methamphetamine.

Further, the records indicate that as early as 1999, Mr. Jensen was concerned that he may have a sexual addiction. These two addictions, sex and drugs and alcohol, were a powerful component that led Mr. Jensen into the vile area of child pornography.

Despite all the problems Mr. Jensen had as a child, and then later as an adult, dealing with his victimization, Mr. Jensen accepts full responsibility for his conduct in this case. Mr. Jensen now knows what a horrible crime it is to view and possess child pornography. At the time he was involved with it however, due to his completely warped sense of reality due to his addictions, he could not fully realize the harm he was causing by possessing such harmful material.

What stopped Mr. Jensen from continuing this vicious cycle of behavior was the FBI knocking on his door that day back in June of 2006. Mr. Jensen believes that day to be the best day of his life because he was forced with knowing the reality of his destructive and illegal personal life. Immediately after the FBI came to his house with the search warrant, Mr. Jensen voluntarily went into drug treatment and also sexual addiction treatment. It has been almost two years since that fatal knock on the door, and Mr. Jensen has been clean and sober every day, ever since. He has also had the good fortune of meeting a woman and they have recently married, a good showing that both the drug treatment and the sexual therapy treatment are having a profound impact on his life.

1 | In conclusion, Mr. Jensen asks the court to take into consideration what he has done since June of 2006, when he was no longer using methamphetamine and other drugs. Mr. Jensen has made great strides in that time and he realizes he must be punished for his behavior in this case. However, a sentence of 57 months or lower is still certainly severe and would appropriately and justly punish Mr. Jensen for his crime.

Dated: May 16, 2008

By:\S Stephen P. Naratil
STEPHEN P. NARATIL,
Attorney for Defendant,
Gordon Jensen