***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Gina Colin

**DATE:** May 19, 2008              **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00499-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- GORDON JENSEN   (P)
       **APPEARANCES:**

**PLTF:** AUSA: J. Fazioli            **DEFT:** S. Naratil
       **PROBATION OFFICER:**            L. Timmons

**COURT ACTION: JUDGMENT AND SENTENCING**

**Hearing Held. The Court sentenced the defendant to the custody of the B.O.P. for a period of 64 months as to Count 1 of the Information. Upon released from custody, the defendant shall be placed on supervised release for a period of 5 years. The defendant shall pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. The Court remanded the defendant into custody of the U.S. Marshal. See Judgment for specifics.**

*/s/ Jackie Garcia*
**JACKIE GARCIA**
**Courtroom Deputy**