06/05/2008 12:28 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | GORDON JENSEN | DCAN507CR000499 | 504100 | US VS JENSEN SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 5461003213 | 1 | PR | 100.00 | 05/19/2008 |

Division Payment Total    100.00

Grand Total    100.00

$ 100.00  SPECIAL ASSESSMENT   on  5/19/08
PAID IN FULL

FILED
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Page 1 of 1